

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00153-CR

---

In re Kevin Nichols

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

On April 20, 2026, Relator, Kevin Nichols, filed a handwritten document, which does not provide a case style, requesting that we "File OverBreath [sic] Doctrine 1st Amendment violation against [the trial court judge]." Nichols further requests that we file various federal criminal charges against a number of persons. Because this document is not associated with any pending appellate proceeding, Nichols does not indicate a desire to appeal from a judgment or other appealable order entered in the trial court, and Nichols affirmatively requests relief, we construe the document as a petition initiating an original appellate proceeding seeking extraordinary relief.[1]

---

[1] We note that Nichols's petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 9.4, 9.5, 52.3, 52.7.

*See* Tex. R. App. P. 52.1 (stating that a petition filed in an appellate court seeking extraordinary relief, such as a writ of mandamus, commences an original appellate proceeding).

After consideration, the Court has determined that Nichols is not entitled to the relief sought. We deny the petition. *See, e.g.*, *In re Nichols*, No. 08-26-00135-CR, 2026 WL 936138, at *1 (Tex. App.—El Paso April 6, 2026, orig. proceeding) (mem. op., not designated for publication) (denying petition for writ of mandamus requesting that this Court "File Overbreath [sic] doctrine for" the trial court judge); *In re Nichols*, No. 08-26-00091-CR, 2026 WL 550061, at *1 (Tex. App.—El Paso Feb. 26, 2026, orig. proceeding) (mem. op., not designated for publication) (dismissing for want of jurisdiction petition requesting that this Court initiate or compel the initiation of criminal charges against named persons); *In re Nichols*, No. 08-25-00197-CR, 2025 WL 2166439, at *1 (Tex. App.—El Paso July 30, 2025, orig. proceeding) (mem. op., not designated for publication) (dismissing for want of jurisdiction petition requesting that this Court file federal charges against identified persons). Any pending motions are dismissed as moot.

MARIA SALAS MENDOZA, Chief Justice

May 1, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.

(Do not publish)